# Exhibit B

<< Return to **Search Results**

**155798/2025 -** New York County Supreme Court

Short Caption:  **James Papa v. Computacenter United States, Inc. et al**
Case Type:  **Torts - Other (Whistleblower retaliation)**
Case Status:  **Pre-RJI**
eFiling Status:  **Partial Participation Recorded**

E-mail Participating Parties

Print Document List

**Narrow By Options**

Document Type: [ ▼ ]   Filed By: [ ▼ ]

Motion Info: [ ▼ ]   Filed Date: [ ] thru [ ]

Document #: [ ]

📁 Show Motion Folders ONLY

Sort By: Document # [ ▼ ]

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | BRENNAN, CHRISTOPHER  Filed: 05/05/2025  Received: 05/05/2025 | **Processed**  Confirmation Notice |

<< Return to **Search Results**