# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PAPA, | Civil Action No. _____ |
| *Plaintiffs*, | |
| vs. | **NOTICE OF REMOVAL** |
| COMPUTACENTER UNITED STATES INC., DEUTSCHE BANK SECURITIES, INC., DB USA CORPORATION, DEUTSCHE BANK AG, and MARC SENATORE | |
| *Defendants*. | |

## DECLARATION OF BRITTANY POOLE

I, Brittany Poole, do hereby declare as follows:

1. I am over eighteen years of age, and I am competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am employed as Vice President of Legal, North America for Computacenter United States Inc. ("Computacenter").

3. In that role, I am familiar with Computacenter's corporate structure and organization and business practices, including the locations where Computacenter principally conducts its business.

4. Computacenter is incorporated in the state of Delaware.

5. In the Complaint, Plaintiff, James Papa, alleges that Computacenter "is headquartered at 250 Pehle Ave. Saddle Brook New Jersey." Ex. A., Compl., ¶ 24.

6. That is incorrect.

7. Computacenter does not lease or own, have an office or otherwise operate in any capacity out of, 250 Pehle Ave. Saddle Brook New Jersey.

8. Computacenter's principal places of business are located at 1 University Ave., Ste. 102 Westwood, Massachusetts and 6025 The Corners Parkway, Ste. 100 Norcross, Georgia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2025.

_____
BRITTANY POOLE