## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAMES PAPA, | : | Civil Action No. 1:25-cv-03788 |
| | : | |
| *Plaintiffs*, | : | |
| vs. | : | **RULE 7.1 CORPORATE** |
| | : | **DISCLOSURE STATEMENT** |
| COMPUTACENTER UNITED STATES | : | |
| INC., DEUTSCHE BANK SECURITIES, | : | |
| INC., DB USA CORPORATION, | : | |
| DEUTSCHE BANK AG, and MARC | : | |
| SENATORE | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Computacenter United States Inc., by and through its undersigned counsel, hereby discloses that:

1.    Computacenter United States Inc., a corporation organized under the laws of the State of Delaware, is a wholly owned subsidiary of Computacenter Holdings, Inc.

2.    Computacenter Holdings Inc., a corporation organized under the laws of the State of Delaware, is a wholly owned subsidiary of Computacenter plc.

3.    Computacenter plc is public company organized under the laws of the United Kingdom, whose stock is listed on the London Stock Exchange. Computacenter plc has no parent corporation. No publicly traded corporation or entity owns 10% or more of the stock of Computacenter plc.

4.    Because jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a), below follows the name and identified citizenship of every individual or entity whose citizenship is attributed to that party for purposes of establishing jurisdiction based upon diversity of citizenship: Computacenter United States Inc.'s principal places of business are located at 1

University Ave., Ste. 102 Westwood, Massachusetts and 6025 The Corners Parkway, Ste. 100 Norcross, Georgia. Therefore, Computacenter United States Inc. is a citizen of Delaware, Massachusetts, and Georgia.

Dated: New York, New York
     May 7, 2025                   **BUCHANAN INGERSOLL & ROONEY PC**

                                         */s/ Stephen W. Kelkenberg*
                                         Stephen W. Kelkenberg, Esq.
                                         (NY 4096269)
                                         Erin J. McLaughlin, Esq.
                                         (*Pro Hac Vice* Forthcoming)
                                         Ryan J. Wilk, Esq.
                                         *(Pro Hac Vice Forthcoming)*

                                         Union Trust Building
                                         501 Grant Street, Suite 200
                                         Pittsburgh, PA  15219
                                         Phone: 412-562-8800
                                         Facsimile: 412-562-1041

                                         *Attorneys for Defendant*
                                         *Computacenter United States Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served the document by First Class Mail and email upon the following:

Christopher Brennan
Ziegler, Ziegler & Associates, LLP
570 Lexington Ave.
New York, New York 10022
brennan@zza.net

Dated: May 7, 2025                                By: */s/ Stephen W. Kelkenberg*

_____
Stephen W. Kelkenberg