```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    25cv3788 (DLC)
JAMES PAPA,                               :
                                          :    ORDER
                              Plaintiff,  :
                                          :
              -v-                         :
                                          :
COMPUTACENTER UNITED STATES INC., et      :
al.                                       :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On May 28, 2025, two motions were filed to compel arbitration and stay this action, or, in the alternative, to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). One such motion was filed by defendant Computacenter United States Inc. Another such motion was filed by defendants Deutsche Bank Securities, Inc., DB USA Corporation, and Deutsche Bank AG ("DB"). Defendant Marc Senatore has not joined either motion; DB represents that he has not yet been served. Accordingly, it is hereby

ORDERED that any opposition to the defendants' May 28 motions is due June 20. Any reply is due July 4. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl

Street, New York, New York.

Dated:  New York, New York
        May 30, 2025

```
                              _____
                                      DENISE COTE
                              United States District Judge
```