```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   25cv3788 (DLC)
JAMES PAPA,                               :
                                          :        ORDER
                          Plaintiff,      :
                                          :
             -v-                          :
                                          :
COMPUTACENTER UNITED STATES INC., et      :
al.                                       :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On June 4, 2025, the plaintiff filed a motion to remand this action to the Supreme Court of the State of New York. Accordingly, it is hereby

ORDERED that any opposition to the plaintiff's June 4 motion is due June 13. Any reply is due June 20. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 5, 2025

                              _____
                                       DENISE COTE
                              United States District Judge