# ZIEGLER, ZIEGLER & ASSOCIATES LLP

COUNSELORS AT LAW

570 LEXINGTON AVENUE

24TH FLOOR

NEW YORK, NEW YORK 10022

(212) 319-7600

TELECOPIER (212) 319-7605

ZZALAW.COM

June 10, 2025

*The plaintiff's opposition to the defendants' motions is due July 11; reply is due July 25.*

*Denise Cote*
*6/10/25*

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: James Papa v. Computacenter United States, Inc. et al
Case # 25 cv 03788

Dear Judge Cote:

We are legal counsel to plaintiff James Papa ("Plaintiff") in the above referenced case. We write in follow up to our letter motion of June 9, 2025 and Your Honor's June 10, 2025 order on such letter motion (the "Order"). We have conferred with counsel for defendant Computacenter United States Inc. ("CC") and counsel for defendants Deutsche Bank Securities, Inc., DB USA Corporation and Deutsche Bank AG (collectively referred to herein as "DB"), and all counsel seek a point of clarification of the Order.

The Order denied Plaintiff's request for a stay and granted a modification of the schedule for opposition and reply for Plaintiff's Motion for Remand. However, the letter motion had also proposed a modified schedule for opposition and reply to CC's and DB's motions to compel arbitration or, in the alternative, to dismiss Plaintiff's claims ("Defendants' Motions") that were the subject of Your Honor's scheduling order of May 30, 2025 (see, filed court document number 19). The proposed schedule for the Defendants' Motions calls for Plaintiff's opposition to Defendants' Motions to be modified from being served by June 20, 2025 to August 1, 2025 and for CC's and DB's reply to be modified from being served by July 4, 2025 to August 14, 2025. The Order did not address the issue of such proposed modification of Your Honor's scheduling order of May 30, 2025. This is Plaintiff's first request for modification of Your Honor's scheduling order of May 30, 2025, and both CC's and DB's counsel have consented to the proposed modification of such order.

For significant personal reasons, Plaintiff respectfully requests that Plaintiff's requested modification of Your Honor's May 30, 2025 scheduling order be granted.

Very truly yours,

Christopher Brennan